## Case No. 17,997.

### WOODSON v. FLEET.

[The case reported under above title in 2 Abb. (U. S.) 15, is the same as Case No. 17,996.]